

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/06/2018

| IN RE:<br>MONIQUE DE SHON BROUSSARD<br>AKA MONIQUE D. FORD-<br>BROUSSARD AKA MONIQUE D.<br>FORD<br>DEBTOR(S) | § § § § § § § | CASE NO.  17-32943<br><br>CHAPTER 13 |
|---|---|---|

## AGREED ORDER REGARDING DEBTOR'S
### *MOTION TO DETERMINE THE ONGOING MORTGAGE PAYMENT*
(Relates to Docket Entry 69)

On April 26, 2018 Monique De Shon Broussard ("Debtor") filed her *Motion to Determine the Ongoing Mortgage Payment.* **[DK# 69]**. MTGLQ INVESTORS, L.P. ("Shellpoint") filed its response **[DK# 77]** and per the signatures below, the Court finds that the parties have reached an agreement which is acceptable to the Court. It is therefore

Agreed and Ordered that as of June 6, 2018, Debtor is due post-petition to Shellpoint in the amount of $4,627.31 as follows:

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 6/1/2017 | 6/30/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 7/1/2017 | 7/14/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 8/1/2017 | 8/15/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 9/1/2017 | 10/16/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 9/1/2017 NSF | 10/19/2017 | $ (714.98) | $ 714.98 | $ - | $ - |
| 9/1/2017 | 11/15/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 9/1/2017 NSF | 11/17/2017 | $ (714.98) | $ 714.98 | $ - | $ - |
| 9/1/2017 | 12/1/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 9/1/2017 NSF | 12/13/2017 | $ (714.98) | $ 714.98 | $ - | $ - |
| 9/1/2017 | 12/31/2017 | $ 714.98 | $ 714.98 | $ - | $ - |
| 10/1/2017 | 1/30/2018 | $ 903.73 | $ 714.98 | $ 188.75 | $ 188.75 |
| 11/1/2017 | 2/28/2018 | $ 903.73 | $ 714.98 | $ 188.80 | $ 377.55 |
| 12/1/2017 | 3/30/2018 | $ 903.73 | $ 714.98 | $ 188.75 | $ 566.30 |
| 12/1/17 NSF | 4/5/2018 | $ (903.73) | $ (714.98) | $ (188.75) | $ 377.55 |
|  |  |  | $ 714.98 | $ (714.98) | $ (337.43) |
| 1/1/2018 |  |  | $ 714.98 | $ (714.98) | $ (1,052.41) |
| 2/1/2018 |  |  | $ 714.98 | $ (714.98) | $ (1,767.39) |
| 3/1/2018 |  |  | $ 714.98 | $ (714.98) | $ (2,482.37) |
| 4/1/2018 |  |  | $ 714.98 | $ (714.98) | $ (3,197.35) |
| 5/1/2018 |  |  | $ 714.98 | $ (714.98) | $ (3,912.33) |
| 6/1/2018 |  |  | $ 714.98 | $ (714.98) | $ (4,627.31) |
|  |  |  | $ - | $ - | $ (4,627.31) |

It is further Agreed and Ordered that within 21 days of the entry of this Order, Shellpoint shall file a proof of claim for this loan.

It is further Agreed and Ordered that within 21 days of Shellpoint filing said proof of claim, Debtor shall file a proposed modified Chapter 13 plan to add the above $4,627.31 post-petition arrears to the plan and future ongoing payments to Shellpoint conduit through the trustee.

It is further Agreed and Ordered that if the proposed modified Chapter 13 plan is filed in July 2018, Debtor shall add July 2018's payment to the proposed modification which would increase the $4,627.31 to $5,342.29 and then begin future ongoing conduit payments in August, 2018. Similarly, if the proposed modified plan is filed in August 2018, another month would be added such that ongoing payments would then begin in September 2018.

It is further Agreed and Ordered that the ongoing monthly payment for June 2017 through June 2018 is set forth as $714.98 and shall remain same until any such applicable notice of change is filed in the case pursuant to Fed. R. Bankr. P. 3002.1.

SO ORDERED this __6th__ day of June, 2018.

Jeff Bohm
US Bankruptcy Judge

Agreed and Entry Requested,

/s/ Michael Weems
Michael Weems
SBN 24066273 S.D.Tex. 103118
Hughes Watters & Askanase
1201 Louisiana St, 28th Floor
Houston, TX  77002
(713) 328-2822
mlw@hwa.com

/s/ Nicholas Westbrook *w permission
Nicholas Westbrook
SBN 24042141
Westbrook Law Firm, PLLC
24 Greenway Plaza, Suite 1705
Houston, TX  77046
(281) 888-5581
nrw@westbrooklegal.com

Approved as to form only,

/s/ Richard Aurich *w permission.
Richard W. Aurich, Jr.
Staff Attorney
Office of David G. Peake, Chapter 13 Trustee
9660 Hillcroft, Ste 430
Houston, TX  77096
(713) 283-5400 x156