B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Monique De Shon Broussard           ,           Case No.  17-32943

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HAMR 2021 RPL1 | NWL Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  BSI Financial Services 314 S. Franklin St.,
  2nd Floor, Titusville, PA 16354

Court Claim # (if known):  15-1
Amount of Claim:  $82,217.66
Date Claim Filed:  08/21/2018

Phone:  800-327-7861
Last Four Digits of Acct #:  3768

Phone:  800-365-7107
Last Four Digits of Acct. #:  3434

Name and Address where transferee payments should be sent (if different from above):
  BSI Financial Services
  P.O. Box 679002, DAllas, TX 75267-9002

Phone:
Last Four Digits of Acct #:  3768

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jack O'Boyle                    Date: 12/16/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.